FIRST NAT. BANK OF HELENA, ARK., *v.* BATCHELDER EGG CASE CO.

*(Circuit Court of Appeals, Eighth Circuit.   July 5, 1892.)*

·No. 75.

In Error to the Circuit Court of the United States for the Eastern District of Arkansas.   Reversed.

*Greenfield Quarles, John I. Moore, John J. Hornor, E. C. Hornor, M. L. Stephenson,* and *J. Trieber,* for plaintiff in error.

*James P. Clarke,* for defendant in error.

Before CALDWELL and SANBORN, Circuit Judges, and SHIRAS, District Judge.

CALDWELL, Circuit Judge.   The record in this case is identical, save in the name of the plaintiff, with that in the case of *People's Sav. Bank & Trust Co.* v. *Batchelder Egg Case Co.*, 51 Fed. Rep. 130, (No. 76,) and was submitted with that case upon a stipulation that it should abide the result in that case.   The judgment of the court below is therefore reversed, and the cause remanded for a new trial.